Chandler Parker, Esq. (#277902)
LAW OFFICE OF CHANDLER PARKER
1349 S. Burnside Ave.
Los Angeles CA, 90019
(323) 902-6889/ Fax: (323) 372-3858

Attorney for Plaintiff,
**ANGELIQUE ROBERTS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE ROBERTS, individually and as Successor in Interest to JOYCE MARSHALL, Deceased,<br><br>       Plaintiff,<br><br>v.<br><br>SAUNDRA COSTA, an individual, OFFIE PEGENIA, an individual, STANDARD LIFE OF INDIANA, a corporation, GUGGENHEIM LIFE AND ANNUITY, a corporation, and DOES 4-10, inclusive,<br><br>       Defendants. | Case No. CV12-1366 SVW (CWx)<br><br>The Hon. Stephen V. Wilson<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br><br><br>JS-6 |

IT IS HEREBY ORDERED that the above-captioned action be remanded to the California Superior Court for the County of Los Angeles, pursuant to the parties' stipulation. Each party shall bear its own costs and attorney fees.

Dated: June 6, 2012

Judge of the Central District of California

CV12-1366 101871603.1SVW (CWx)